UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

CASE NO. 8:17 cr 95 T36 AAS

v.

42 U.S.C. § 1320a-7b(b)(2)

NIKKOS HAMLETT

## INFORMATION

The United States Attorney charges:

### COUNT ONE

#### A. Introduction

At all times material to this Information:

1.    Airman Nikkos Hamlett was an active duty member of the United States Air Force stationed at MacDill Air Force Base in Tampa in the Middle District of Florida.   In addition, Hamlett was a sales representative for Centurion Compounding Inc., located in Wesley Chapel in the Middle District of Florida.

2.    TRICARE was the federal health care benefit program for U.S. military members, retirees, and their family members.   TRICARE was a Federal health care benefit program, as defined by 18 U.S.C. § 24(b).

3.     Centurion Compounding Inc. was a marketing firm that neither
filled prescriptions nor billed federal health care benefit programs.   Instead,
Centurion employed sales representatives as independent contractors to
market compounded medications, specifically creams for pain and scars,
among others, to end users.   Centurion focused its promotional efforts on
Tricare beneficiaries based upon an understanding and belief that Tricare
would pay claims for these compounded creams.   Centurion worked
exclusively with two compounding pharmacies in the Middle District of
Florida:   Lifecare Pharmacy and later Oldsmar Pharmacy.   Centurion
received approximately 40% to 50% of the after cost amount Tricare paid the
pharmacy for each filled prescription for the compounded creams it
marketed, a percentage of which it passed on to its sales representatives.

4.     Pharmland LLC d/b/a Lifecare Pharmacy was located in
Pinellas County in the Middle District of Florida.   Lifecare was a
compounding pharmacy that, among other things, produced compounded
creams for scars, pain and other ailments that were marketed by Centurion.
Lifecare billed Tricare and other health care benefit programs for these
creams, each of which typically ranged in price from approximately $2400 to
$17,000 for a one month supply.   Lifecare was engaged in a marketing
relationship with Centurion from in or around May 2014, until in or around

November 2014, pursuant to which Lifecare paid Centurion a percentage of each claim paid by Tricare that ranged from approximately 40%-50% of the amount paid.

5.      Z-Stat Medical LLC d/b/a Oldsmar Pharmacy was located in Pinellas County in the Middle District of Florida.   Oldsmar was a compounding pharmacy that, among other things, produced compounded creams for scars, pain and other ailments that were marketed by Centurion. Oldsmar billed Tricare and other health care benefit programs for these creams, each of which typically ranged in price from approximately $2500 to $17,000 for a one month supply.   Oldsmar was engaged in a marketing relationship with Centurion from in or around October 2014, until in or around February 2015, pursuant to which Oldsmar paid Centurion a percentage of each claim paid by Tricare that ranged from approximately 40%-50% of the amount paid after costs.

### B.   Offense

From in or around October 2014, to in or around February 2015, in the Middle District of Florida and elsewhere,

NIKKOS HAMLETT,

the defendant herein, did knowingly and willfully offer to pay and pay remuneration, in the form of cash and travel expenses, to Tricare beneficiaries

3

to induce them to obtain prescriptions for scar and pain creams, among others, marketed by Centurion Compounding Inc., and filled by Lifecare and Oldsmar Pharmacies, for which payment may be made in whole or in part by Tricare, a federal health care benefit program.

In violation of Title 42, United States Code, Section 1320a-7b(b)(2)(B) and Title 18, United States Code, Section 2.

A. LEE BENTLEY, III
United States Attorney

By: _____
Megan K. Kistler
Assistant United States Attorney

By: _____
Amanda L. Riedel
Assistant United States Attorney

By: _____
Simon A. Gaugush
Assistant United States Attorney
Chief, Economic Crimes Section